UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DVISION

| | |
|---|---|
| **RALCORP HOLDING, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Case No. 4:12-cv-00110 |
| | ) |
| v. | ) |
| | ) |
| **NATIXIS, S.A.** | ) |
| | ) |
| **Defendant.** | ) |

## UNOPPOSED MOTION TO EXTEND NATIXIS' DEADLINE TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Defendant Natixis, S.A. ("Natixis") hereby moves for an extension of time to answer or otherwise respond to Plaintiff Ralcorp Holding, Inc.'s ("Ralcorp") Complaint.

1. Ralcorp filed the Complaint on or about June 8, 2011 in state court.

2. Natixis was served with the Complaint on December 23, 2011.

3. Natixis removed the case to federal court on January 20, 2012.

4. Natixis' answer or response to the Amended Complaint is currently due January 27, 2012.

5. In order to fully respond to the allegations in the Complaint, counsel for Natixis requires additional time.

6. Ralcorp assents to Natixis' request for an extension.

7. Natixis has not filed any previous requests for an extension.

Accordingly, Natixis respectfully requests that the Court extend the deadline for Natixis to file and serve its answer or response to the Complaint up to and including February 23, 2012.

Respectfully submitted,

HERZOG CREBS LLP


By:  /s/  Michael A. Vitale
Michael A. Vitale,  #30008MO
100 North Broadway, 14th Floor
St. Louis, MO 63102-2728
Tel: 314.231.6700
Fax: 314.231.4656
mav@herzogcrebs.com

Attorneys for Defendant, Natixis, S.A.


**Certificate of Service**

The undersigned hereby certifies that on the 27th day of January, 2012, a copy of the foregoing  Unopposed Motion to Extend Natixis' Deadline to Answer or Otherwise Respond to the Complaint was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Wendy Menghini
Michael Schwalbert
Greensfelder, Hemker & Gale, P.C.
10 South Broadway, Suite 2000
St. Louis, Missouri 63102
Attorneys for Plaintiff, Ralcorp Holding, Inc.


              /s/ Michael A. Vitale


P:\11600\11610-Natixis\Pleadings\Natixis Motion for Extension 1-27-12.DOC